# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Carlos Jaile

                Plaintiff,

v.                               Case No.: 1:24–cv–02339
                                                Honorable Rebecca R. Pallmeyer

City of El Paso, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 20, 2024:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: Joint Motion for an extension to file report of parties' planning meeting [20] is granted. The deadline to file the report of planning meeting is extended to 6/27/2024. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.